___



**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                         CHAPTER 13 CASE NO.:

RODNEY JACKSON                                            13-10964-JDW

## FINAL ORDER OF DISMISSAL

THIS MATTER came before the Court upon Debtor's failure to comply with Agreed Order Denying Motion to Dismiss (Dkt. #81) (Dkt. #85), and the Court being advised that Debtor has failed to remit to Trustee the funds as required by the Agreed Order.

IT IS THEREFORE ORDERED that this case shall be and is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com